THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
THOMAS CARPENTER and CHARLES BATES, Appellants.

(Argued October 10, 1932; decided November 22, 1932.)

*John Dwight Sullivan* and *Herbert Loewenthal* for Thomas
Carpenter, appellant.

*Albert H. Vitale, Leo H. Klugherz* and *Harry A. Sam-
berg* for Charles Bates, appellant.

*Charles B. McLaughlin, District Attorney (Sol. Bone-
parth, Herman J. Fliederblum* and *Samuel J. Foley* of
counsel), for respondent.

Judgment of conviction as to each defendant affirmed;
no opinion.

Concur: POUND, Ch. J., CRANE, KELLOGG, O'BRIEN,
HUBBS and CROUCH, JJ. Not sitting: LEHMAN, J.